```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    18CR0041-19 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
FRANCISCO TORRES,                         :
                       Defendant.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On March 10, 2021, the defendant filed a pro se motion requesting assistance regarding the appropriate credit to be applied to the time he has spent in federal custody. It is hereby

ORDERED that the Government shall respond to the issues raised in the defendant's motion by **April 16, 2021**. A copy of this Order is being mailed to the defendant by Chambers.

SO ORDERED:

Dated:   New York, New York
         March 17, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge

COPY MAILED TO:

Francisco Torres

85896-054

USP Beaumont

U.S. Penitentiary

P.O. Box 26030

Beaumont, TX 77720