UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
              -v-                     :      18 Cr. 41 (DLC)
                                      :
FRANCISCO TORRES,                     :      ORDER
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    On March 10, 2021, Francisco Torres filed a motion requesting assistance regarding the alleged miscalculation of his time spent in federal custody in this case. Specifically, Torres alleges that he was taken into federal custody on July 2, 2018 while serving a New York state prison sentence, but the New York state prison sentence expired on August 21, 2018. Torres argues that his time spent in federal custody between August 21, 2018 and his federal conviction in this case should be credited towards his sentence in this case. On March 16, the Government was ordered to respond to Torres' motion.

    On April 17, 2021, the Government informed the Court that the Bureau of Prisons had recalculated the defendant's time in federal custody and credited him with additional time towards the federal sentence on his current conviction. Torres is hereby

NOTIFIED that the Bureau of Prisons has awarded him 365 days of jail credit for his time in federal custody following the conclusion of his state sentence, beginning on August 22, 2018 and ending on August 21, 2019.  His new projected release date is December 9, 2024, and his term of imprisonment expires on August 21, 2025.  It is hereby

ORDERED that that the Clerk of Court shall mail Torres a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         April 19, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge