```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   18cr41-19 (DLC)
UNITED STATES OF AMERICA,              :
                                       :         ORDER
            -v-                        :
                                       :
FRANCISCO TORRES,                      :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having been released from BOP custody on February 14, 2025, it is hereby

ORDERED that the defendant's motion for compassionate release of December 27, 2024 is denied as moot.

Dated:   New York, New York
         February 26, 2025

                                               _____
                                                               DENISE COTE
                                                United States District Judge